Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.                                          Case No. A01-0098-001 CR (JKS)

Christopher Fernandez

    On October 9, 2001, the above-named was placed on probation for a period of five years and was ordered to pay restitution in the total amount of $9,580 to the National Bank of Alaska ($1,080) and First National Bank of Anchorage ($8,500). The defendant has complied with the rules and regulations of probation and, as of February 28, 2006, he has paid the restitution in full. The offender is therefore no longer in need of supervision and it is accordingly recommended that Christopher Fernandez be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation/Pretrial Services Officer

## ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 28th day of February, 2006.

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge